(100 South. 629)

### Ex parte Ben McGIMPSEY. (6 Div. 182.)

(Supreme Court of Alabama. June 5, 1924.)

Certiorari to Court of Appeals.

John W. Altman, of Birmingham, for petitioner.

Harwell G. Davis, Atty. Gen., opposed.

PER CURIAM. Petition of Ben McGimpsey for certiorari to the Court of Appeals to review and revise the judgment and decision of said court in the case of McGimpsey v. State, 100 South. 628.

Writ denied.

ANDERSON, C. J., and SAYRE, GARDNER, and MILLER, JJ., concur.

---

(100 South. 562)

### Ex parte Louie HASTY et al. (4 Div. 138.)

(Supreme Court of Alabama. June 5, 1924.)

Certiorari to Court of Appeals.

J. Hurbert Farmer and Espy & Hill, all of Dothan, for petitioner.

Harwell G. Davis, Atty. Gen., opposed.

GARDNER, J. Petition of Louie Hasty and another for certiorari to the Court of Appeals to review and revise the judgment and decision of said court in the case of Louie Hasty and Donnie Hasty v. State, 100 South. 561.

Writ denied.

ANDERSON, C. J., and SAYRE and MILLER, JJ., concur.

---

(100 South. 563)

### Ex parte L. A. ZIEMAN. (1 Div. 332.)

(Supreme Court of Alabama. June 5, 1924.)

Certiorari to Court of Appeals.

Gordon & Edington, of Mobile, for petitioner.

Alex. T. Howard, of Mobile, opposed.

MILLER, J. Petition of L. A. Zieman, doing business as L. A. Zieman & Co., for certiorari to the Court of Appeals to review and revise the judgment and decision of said court in the case of Nekson Tabb v. L. A. Zieman, 100 South. 562.

Writ denied.

ANDERSON, C. J., and SAYRE and GARDNER, JJ., concur.